## PAUL REEDER *v.* ADMINISTRATOR, UNEMPLOYMENT COMPEN- SATION ACT

The plaintiff's petition for certification for appeal from the Appellate Court, 88 Conn. App. 556 (AC 25259), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Paul Reeder*, pro se, in support of the petition.

*Thomas P. Clifford III*, assistant attorney general, in opposition.

Decided September 20, 2005

## STATE OF CONNECTICUT *v.* ANTHONY C. GOODEN

The defendant's petition for certification for appeal from the Appellate Court, 89 Conn. App. 307 (AC 23647), is denied.

*Neal Cone*, senior assistant public defender, in support of the petition.

*James A. Killen*, senior assistant state's attorney, in opposition.